No. 75–1707. OHIO BUREAU OF EMPLOYMENT SERVICES ET AL. *v.* HODORY. Appeal from D. C. N. D. Ohio. [Probable jurisdiction noted, *ante,* p. 814.] Motion of appellants for leave to allocate time to the Chamber of Commerce of the United States to argue as *amicus curiae* denied. Motion of Local No. 1375, United Steel Workers of America, for leave to file a brief as *amicus curiae* denied.

No. 75–1906. HENDERSON, CORRECTIONAL SUPERINTENDENT *v.* KIBBE. C. A. 2d Cir. [Certiorari granted, *ante,* p. 815.] Motion of the District Attorney of Monroe County, New York, for leave to participate in oral argument as *amicus curiae* denied.

No. 76–120. UNITED STATES *v.* MARTIN LINEN SUPPLY Co. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 917.] Motion of the Acting Solicitor General to permit Frank H. Easterbrook, Esquire, to present oral argument *pro hac vice* granted.

No. 76–404. ILLINOIS BRICK Co. ET AL. *v.* ILLINOIS ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 938.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose. Counsel for petitioners allotted an additional 15 minutes for oral argument. Motion of the State of Alabama et al. for leave to participate in oral argument as *amici curiae* denied.

No. 76–815. APPAWORA *v.* BROUGH. Appeal from Sup. Ct. Utah;

No. 76–900. ERIE LACKAWANNA RAILWAY Co. *v.* COLE. C. A. 6th Cir.; and

No. 76–5729. OLIPHANT ET AL. *v.* SUQUAMISH INDIAN TRIBE ET AL.; and BELGARDE *v.* SUQUAMISH INDIAN TRIBE ET AL. Petition for certiorari before judgment to C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.